AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

ZEEV RAFAILOV,
            Plaintiff(s),

V.

CITIBANK, INC.,
            Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-cv-04132

Notice is hereby given that, subject to approval by the court, __Zeev Rafailov__ substitutes
                                                                                                (Party(s) Name)

__Edward B. Geller, Esq.__, State Bar No. __018841986__ as counsel of record in
       (Name of New Attorney)

place of __Benjamin G. Kelsen, Esq., LLC__
                  (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Edward B. Geller, Esq., P.C.
    Address:     15 Landing Way, Bronx, New York 10464
    Telephone:     (914) 473-6783     Facsimile
    E-Mail (Optional):     epbh@aol.com

I consent to the above substitution.
Date:    12-06-16                                         /s/ Zeev
                                                                                      (Signature of Party(s))

I consent to being substituted.
Date:    12/05/2016                                  /s/ Benjamin G. Kelsen
                                                                        (Signature of Former Attorney(s))

I consent to the above substitution.
Date:    12/6/2016                                   /s/ Edward B. Geller
                                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                       _____
                                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]