UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ZEEV RAFAILOV,

    Plaintiff,

v.

CITIBANK, INC.,

    Defendant.

Civil Action No. 16-4132 (MAS) (TJB)

**ORDER**

This matter comes before the Court on Defendant Citibank, Inc.'s ("Defendant") Motion to Compel Arbitration and Stay Proceedings. (ECF No. 10.) Plaintiff Zeev Rafailov ("Plaintiff") filed opposition (ECF No. 15), and Defendant replied (ECF No. 16). The Court has carefully considered the parties' submissions and decides the motion without oral argument pursuant to Local Civil Rule 78.1.

For the reasons set forth in the accompanying Letter Opinion and for other good cause shown,

**IT IS** on this 4th day of May 2017, hereby **ORDERED** that:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 10) is GRANTED.

2. This matter is stayed and administratively terminated pending arbitration.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**